Clerk of Court

2:23-cv-000284-MKD

Please Read

This

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 28, 2023
SEAN F. McAVOY, CLERK

UnJust Puinshment To A MHMR 60 year old MAN + Godbless You

Help?

Please Forward - or Fax A Copy To: USA "Presidents Office. To show Just what IS Still going on to Innocent Black men In Texas" It's - Not 1867 Anymore. 8 Years of Unjust pain to A 60 year old MHMR MAN *

Aggarvated Purjury With Intent" To cause pain to This mans Family *

"The Truth Shall set You Free

8 Years later"

God See's
All get This
To Presidents
Office or Some
Judge Easy
To Free This
Innocent man
Purjury Is A Crime.
Help.

"Judge Sent me your Address Please" Copyed 9-8-23" Lies under oath Sent- U.S. DISTRICT COURT EASTERN OF WASH- Clerk of Court
Help- or Contact The President of USA) Cannot get A Answer in TX. P.O. Box 1493, Spokane WA
Office*- Ask her Son Away From His- Appealate lawyer- MR. Bruce Anton #99210
From Her Ears - Did he have A #2311 Cedar Springs Rd. Suite #250 Dallas TX. 75201
Fight with Clyde - That worked on (214) 468-8100 — Fax (214) 468-8100
his mothers house - Easy To Free A Case No F-14-76338-P- #8 years later Aggravated Purjury+
Innocent MHMR Man — 8 years later
By Ms. Francis Prince- Who has used A Innocent MHMR Blackman To Punish his Family- For Almost killing her only Son Calvin Prince- Who only need To be Called Forward- Due To he was not At any of False #4 Jury Trials #3 mistrials- To hear the lies Told by his mother- Ms. Francis Prince+ Transcript (Vol 003 of 006) That Page #26 Clyde worked For her" without Problems ever' Page #27 There was never Fights" Aggravated Purjury- Clyde almost killed her only Son Before Joe ever moved To Dallas TX. In 2014- * Free Joel Garrison 2097855 From Texas Prison*

```
           UNIT COPY             T.D.C.J.-INSTITUTIONAL DIVISION      03/21/2023-313
           ITS40952                        INMATE TIMESLIPS


        GARRISON,JOE L                     TDC:02097855 SID:03332261 UNIT: BC
                                           HOUSING/BED:          HSG2    B05

        *PRJ-REL-DATE:           09 21 2113    MAX-EXP-DATE:        09 21 2113
        *INMATE STATUS:          S4 W          MAX TERM:             99 00 00


        FLAT   TIME CREDITED:      8 05 27    CALC BEGIN DATE:    09 22 2014
        GOOD   TIME CREDITED:      1 07 03    TDC RECEIVE DATE:   11 18 2016
        BONUS  TIME CREDITED:      0 00 00    GOOD TIME LOST:            911
        WORK   TIME CREDITED:      0 11 12    WORK TIME LOST:            611
       *TOTAL  TIME CREDITED:     11 00 12


       *STATUS EFFECT    DATE: 02 27 2023    JAIL GOOD TIME RECEIVED: YES

        DEC: PHA3286    OCC: SX00011
```

Handwritten margin notes:
- "A-Judge Sent me This Address →"
- "Aggravated Perjury under OATH #8"
- "Years Later Easy To Show ←"

Joel Garrison - F-14-76338-P Courtroom #203
#8 "Years later" Judge T. Hawthorn
Aggravated Purjury-with Intent    Retired now

---

"Transcript (Vol 003 of 006)"    Agg Purjury
Clear as Day"    9-8-23 Copyed

Ms. Francis Prince Under Oath - with
Intent To harm Joe and his mother Plus
Clyde" By sending 'Joel Garrison' A
Innocent MHMR Man To Tx Prison.
Page #26 (Vol 003 of 006) She Tells The
Jury And Judge Clyde worked For her"
She Knew Joe Didn't Know This - AT Trial"
It was before Joe moved To Texas 2-houses
Away with his mother who die's of Stage #4
Cancer while Joe's At Jury Trial.
So Joe's Family was never At Court of any
of The #4 Jury Trials" Ms. Prince Only Son
Was never At Any of The 4 Jury Trials either
* To hear his mother lie To Jury Again *
Clearly - Page #26 (Vol 003 of 006)
Joe's Lawyer - Ms. Robbie-McClung - Asks
Ms. P. And You all never had any Trouble 'never
had any Arguments' Is That Right?? (Yes)
States Ms. P. → Is That Still Your Testimony
Today? Lawy"er Asks → (Yes) States Ms. P*
So You Are Telling me Ellener - (Joe's mom)
Never had Any Disagreements with You
About Your Dealings with → Page #27.
* Clyde *
Clear as Day - Ms. P* States (No)"

# Page #1  Aggravated Purjury

#1. A motion To SubPoena - Mr. Calvin Prince #2703 Canberra St. Dallas Tx. 75224 Phone (214) 943-3249 → To Ask one Question Alone In Front of Any Judge In USA Under Oath - Sir did You ever have A Fight with (Clyde)" Clyde Garrison That worked on Your mothers house???

He was almost killed before I ever met him or his mother ms. Francis Prince In 2014 when I Joel Garrison moved To Dallas Tx. only Two(2) houses Away And started having Sex with Francis

To Set A Innocent MHMR Black 60 Year old man Free" #8 Years later The Truth Comes out - Calvin Prince - Ms. Francis Prince' only Son was Never At- Any of #4 Jury Trials To Send Joe To Prison"#3 Yes #3 Dam mistrials One By Jury - One By Judge Tersea Hawthorne Herself - For lies - on A (6 Year old Child) For Saying (lil Leo) From next door walked Through A locked Gate - That ms. Prince Just Told Judge And Jury The Gate was locked Untill 10:00 AM   Judge Asks well what time does Leo Come over 'ms. Prince States each morning About 8:30 AM   Purjury under Oath"
Aggarvated Purjury easy To Show →

9-8-23 copies

SubPoena In Front of Judge - Ask" #1 Question

Donnie Ray Garrison #2518 Matland DR. Dallas Tx #75237 "He was not at Trial' mom died

Ms. Faye Kelly #2708 Canberra St. Dallas Tx. 75224 "She took care of my mother before she died (Bio Leo) live's next too Francis house same side of street" Between moms house and Francis Prince House*

Lora Ann Richard #1657 Potter Rd. Doyline LA. 71023

*One Simple Question was there A Fight Between Francis Only Son Calvin And Clyde - Joe's Brother*

**Francis Prince**

Copyed 9-8-23 By- Joe L Garrison #2097855 Tx.

Has Lied Under Oath Over And Over ✓

Look at This → (Vol 003 of 006)   Why me - why use me we were lovers?
Cause she knew I was MHMR* To get even with my mother and brother for beating the hell out of her only son" She knew I didn't know at Jury Trial" But her on son only needs to be asked*
Ask her son away from her ears - SubPoena Calvin Prince (214) 943-3249* (Page 18,19,20

A Dam lie - I would not Take #6 years for - Page 18/19/20 (Vol 003 of 006)   ← Page 20 Knife
She states I beat her - Raped her' Stuck her with A Stake Knife or Something In Arms And Neck"       *Nurse Under Oath -      Tells Jury She Is Telling Lie's

Volume (003 of 006)" Page - 75 "76"   My Lawyer Page #75 Ms. McClung"
Asks Nurse under Oath - Okay. You said In Palpitations of Ms. Prince There was No Area of Pain: Is That Correct?" Nurse States → Correct To Jury
My Lawyer Page #75 - Does she tell you A metal object was placed and used against her - Nurse - Says "Yes she does?"*   My-Lawyer - Does she say exactly that the metal was placed → Nurse - Yes she does" Ok? Did you Palpitate In That Area? -
Page #76. → That she said the metal was placed → Nurse States - I Palpitated From Head Too Toe. My Lawyer - That Include her Neck Area And Arms" Nurse States Clearly to Jury
→ Yes → My Lawyer? And you didn't find any Painful Spots' In any of Those Places?"
Nurse → Answers to Jury - I Didn't" *

Simple Please Help this Innocent* MHMR 60 year old man" Police was told by him they were lovers' Not by her" She said he Beat 'Raped' Stuck her In Neck And Arms" To* Get even with his Family*       Simple as That

Ms. Prince knew all the time her son was almost killed by Joel Garrison's mother and Brother" That he (Joe)' Was MHMR - And used him - In A Hate Crime - Twords his Family

Page #3 *      "To Free A Innocent 60 Year Old MHMR Man"    Tx.
Copied 9-8-23
Joe Garrison
2097855

Agg Purjury with Intent- She knew All the Time"
→ "Transcript (Vol 003 of 006)    Page #27
R-McClung- "My Lawyer" So Ms. Prince "you are Telling me That Ellener-(Joes mom)"
never had any Arguments About you with your Relationship with Joe Garrison +
Ms. P-(No)    Page #27 My Lawyer- You Guys <u>never had any Fights</u>
or anything' or any kind of disagreements About what your Behavior was like Around
her Children +    Statement on Record- In Front of Judge T. Hawthorne
And Jury is Clear Under Oath By Ms. Francis Prince Answer is → (NO) *

✓   ✓    8 Years later To Free This man- For
<u>Aggarvated Purjury under Oath</u> by- Ms. Francis Prince- #2703 Canberra St. Dallas Tx.
#75224. Phone #(214) 943-3249 Cell (214) 893-2161    ✓

* Request → Ask Ms. Prince Only Son Calvin - Away From his mothers ears
Due To he was not At Court At anytime → Did he Have A Fight 2- House's Away with Clyde"
And Joe's mother Ellener Garrison"    "Simple As That"

Calvin P" was almost killed In The Fight before 2014- So Joe' didnot know This At Jury Trial 'Cause
Joe didnot live In Dallas Tx, when it happened- Joe's Family was not At Court- cause his Family
Took Joe's mothers Body To her Grave- Back To Louisiana" She Died of Stage #4 Cancer while he was
At This Jury Trial- False Imprisonment" Lies under Oath *    Judge Teresa Hawthorne - Stops
Trail And Tells Joe his mother has Just Died In Methodist Dallas Hospital Center - Of Stage #4 Cancer
Volume (003 of 006)  Page-#43     Bobby Kelly A witness #2708 Canberra St. Dallas Tx 75224
Tells Jury yes Joe's mother was home → My Lawyer- Ms. McClung Asks him Page #43'
Saw Dallas Police At his mothers house- And At Scene of Crime - Soon As mom Dies - Police
lost her witness Statement *  Name Ellener Garrison" 2715 Canberra St. Dallas Tx. 75224 Phone
Then- (214) 946-5437 * → My mother Told me while I was on The Phone with her From Dallas County
Jail (I gave) A Dallas Police Sgt. A witness Statement At Francis house- At Scene of Crime +
    → They lost it ← Soon As She Dies *
On Jail house Phone My moma Told me- I Told you I didnot want Francis Sorrie Ass At my house.
SubPoena- These People    Witness-s - There was A Fight with Clyde Garrison And
Calvin Prince- Who was almost killed In the Fight" Francis Took her Only Son To The
Hospital In Dallas Tx.    She Hated My mother- And Brother Clyde- Who She didnot Pay For
Building A Room Onto her house- he Asked over And over For his money" So She <u>Sent her</u>
Only Son' Calvin Prince- 2- House's Away To moms To Beat Clyde Up My Brother And
    Mom Almost Kills Calvin In That Fight +
9Witness's    Page #4 →    Please Free Me- Aggarvated Purjury is A Crime.

~~Assistant District Attorney~~ "Easy to show
Frank Crowley Courts Building
133 N. Riverfront Blvd.   Aggarvated
Dallas, Texas 75207       Purjury with
214-653-3600              Intent"
Bar Card No. 24045778
Attorney for the State
Copys made of letter 9/8/23 *Noted*

(2) Lie On- "Send to Prison" with Intent To harm his mother for A Part In The Fight 2-house's Away In Dallas Tx. Before 2014" Joe Is MHMR didn't live In Dallas Then- ms Prince knew This AT *4 Diffent Jury-Trials" Aggarvated Purjury Is A Crime In USA*
* Your Address was Sent by A Judge To Send To You ASSAP + To Contact ms Prince Son' or Clyde" or Witness's *



> 3  Aggravated Pursuit with **TRIAL C**
>                        Intent
> 4  THE STATE OF TEXAS  //
> 5  VS.  Free This man
>                 ITS-NOT 1867??
> 6  JOE L. GARRISON
>         TEXAS- 2097895
> Anymore →

(1) Mr. Clyde Garrison last Known Address #1800 #6401100 FM #665 Rosharon TX #77583 — TX. Prison I have not Been In Contact with In Almost 30 Years. He Almost Killed ms Francis Prince Only Son Calvin Prince In A Fight " That ms. Francis P. Has Told Dallas TX. Courts - Never Happened - And Used His MHMR Brother To